UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                              CASE NO.: 6:24-cv-00481-WWB-DCI

OLS HOTELS & RESORTS LLC
a Foreign Limited Liability Company
d/b/a BEST WESTERN ORLANDO
GATEWAY HOTEL

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, OLS HOTELS & RESORTS LLC, a Foreign Limited Liability Company, d/b/a BEST WESTERN ORLANDO GATEWAY HOTEL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against OLS HOTELS & RESORTS LLC, a Foreign Limited Liability Company, d/b/a BEST WESTERN ORLANDO GATEWAY HOTEL; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED May 13, 2024.

By: /s/ **Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.

By: /s/ *Bertha L. Burruezo, Esq.*
**BERTHA L. BURRUEZO, ESQ.**
Florida Bar Number 596973
bertha@burruezolaw.com

| | |
|---|---|
| 3825 PGA Boulevard, Suite 207 | docketing@burruezolaw.com |
| Palm Beach Gardens, FL 33410 | 5550 W. Executive Dr. #250 |
| Telephone: (561) 729-0940 | Tampa, Florida 33609 |
| Facsimile: (561) 491-9459 | Office: 407.754.2904 |
| Email: greg@sconzolawoffice.com | Facsimile: 407.754.2905 |
| Email: perri@sconzolawoffice.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                **/s/ Gregory S. Sconzo**
                **Gregory S. Sconzo, Esq.**